Enter/JS-6

```
                    FILED
         CLERK, U.S. DISTRICT COURT

              JUN 2 4 2008

         CENTRAL DISTRICT OF CALIFORNIA
         BY                      DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATEN CALBERT, RAUL GARIBAY, MICHAEL JOHNSON, RONNIE NORRIS, ET AL., | Case No. CV 08-3376 JFW (AN) |
| Petitioners, | JUDGMENT |
| v. | |
| DEPARTMENT OF CORRECTIONS AND REHABILITATION, PRISON WARDENS, | |
| Respondents. | |

IT IS HEREBY ADJUDGED THAT this action is summarily dismissed for the reasons stated in the related Order of Dismissal.

DATED: June 24, 2008                    /s/   JOHN F. WALTER
                                        JOHN F. WALTER
                                        UNITED STATES DISTRICT JUDGE

```
         ENTERED - SOUTHERN DIVISION
         CLERK, U.S. DISTRICT COURT

              JUN 2 5 2008

         CENTRAL DISTRICT OF CALIFORNIA
         BY                      DEPUTY
```